■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NANCY JAMES, Appellant.—Judgment unanimously affirmed. Memorandum: County Court properly determined that the photo array identification procedures used by the investigating officer were not unduly suggestive and, therefore, that the in-court identifications at trial were properly admitted (see, People v McClarin, 157 AD2d 747, 748, lv denied 75 NY2d 921). With respect to the defendant's contention that she was the only woman in the array with long, curly hair, we note that the array is not included in the stipulated record on appeal and the District Attorney's office has been unable to locate it. The record does contain, however, the investigating officer's testimony that two other subjects in the array had curly hair. (Appeal from Judgment of Monroe County Court, Maloy, J.—Robbery, 1st Degree.) Present—Boomer, J. P., Pine, Boehm, Fallon and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL PANERO, JR., Appellant.—Judgment unanimously reversed on the law, plea vacated, motion granted and matter remitted to Niagara County Court for further proceedings on the indictment in accordance with same Opinion by Doerr, J. P., as in People v Candella (171 AD2d 329). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Boomer, J. P., Pine, Boehm, Fallon and Davis, JJ.